AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

U.S. Bank National Association, et al.,

*Plaintiff,*

v.                                                   Case No. 0:12-cv-03175-PAM-JSM

Indian Harbor Insurance Company, et al.,

*Defendant.*

## SUMMONS IN A CIVIL ACTION

To: Indian Harbor Insurance Company

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

John M Bjorkman
30 E 7th St Ste 2800
St Paul, MN
55101-4922

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*RICHARD D. SLETTEN, CLERK*         By:
*OF COURT*

Signature of Clerk or Deputy Clerk
Lynnette Brennan

Date of Issuance: December 21, 2012

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

U.S. BANCORP, a Delaware corporation, and U.S. BANK NATIONAL ASSOCIATION, a national banking association,

          Plaintiff,

vs.

INDIAN HARBOR INSURANCE COMPANY, a North Dakota corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation,

          Defendants.

Court File No.: 0:12-cv-03175-PAM-JSM

**ACKNOWLDEGMENT OF SERVICE OF SUMMONS AND COMPLAINT**

I declare, under penalty of perjury, that I am counsel for Indian Harbor Insurance Company, that I have been authorized by Indian Harbor Insurance Company to accept service of the summons and complaint in the above-captioned matter, and that, on April 18, 2013, I accepted service of the summons and of the complaint in the above-captioned matter at the law firm of Boundas, Skarzynski, Walsh & Black, LLC, One Battery Park Plaza, 32nd Floor, New York, NY 10004.

_____
Signature

Principal, BSWB, counsel to Indian Harbor
Relationship to Entity/Authority
to Receive Service of Process

4/18/13
Date of Signature