UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| U.S. Bancorp, a Delaware corporation, and U.S. Bank National Association, a national banking association,, <br><br> Plaintiffs, <br><br> v. <br><br> Indian Harbor Insurance Company, a North Dakota corporation, and Ace American Insurance Company, a Pennsylvania corporation, <br><br> Defendants. | Court File No. 12-cv-3175-PAM-JSM <br><br><br> **NOTICE OF APPEARANCE** |

The undersigned attorney hereby notifies the Court and counsel that Richard T. Thomson, Esq. appears as counsel of record for Defendant Indian Harbor Insurance Company in this case.

Dated: June 6, 2013                    LAPP, LIBRA, THOMSON, STOEBNER
                                                         & PUSCH, CHARTERED

                                                By: __/s/ Richard T. Thomson_____
                                                       Richard T. Thomson (#109538)
                                                       Tyler D. Candee (#0386598)
                                                120 South Sixth Street,  Suite 2500
                                                Minneapolis, MN  55402
                                                T (612) 338-5815
                                                F (612) 338-6651
                                                rthomson@lapplibra.com
                                                tcandee@lapplibra.com