UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| U.S. BANCORP, a Delaware corporation, and U.S. BANK NATIONAL ASSOCIATION, a national banking association, | Case No: 12-cv-03175-PAM-JSM |
| Plaintiff, | |
| vs. | **STIPULATION REGARDING DEFENDANT ACE AMERICAN INSURANCE COMPANY'S DATE TO RESPOND TO COMPLAINT** |
| INDIAN HARBOR INSURANCE COMPANY, a North Dakota corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation, | |
| Defendants. | |

---

IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel that the time for Defendant, ACE AMERICAN INSURANCE COMPANY, ("ACE") to answer, move or otherwise respond to the Complaint is extended to and including June 24, 2013. ACE and Plaintiff U.S. BANCORP have further agreed to jointly request that the Court enter the Proposed Order approving this extension.

Dated: June 11, 2013

FORD & HARRISON LLP

By: /s/ Alec J. Beck
    Alec J. Beck (201133)

225 South Sixth Street, Suite 3150
Minneapolis, MN 55402
Telephone: (612) 486-1629
E-mail: abeck@fordharrison.com

*Attorneys for Defendant, ACE AMERICAN INSURANCE COMPANY*

LARSON KING, LLP

By: /s/ Patrick J. Boley
    Patrick J. Boley (275529)

30 E. 7th Street, Suite 2800
St. Paul, MN  55101-4922
Telephone:  (651) 312-6500
E-mail:  pboley@larsonking.com

*Attorneys for Plaintiffs*


ANDERSON KILL & OLICK PC

By:  /s/ Marshall Gilinsky
    Marshall Gilinsky (admitted *pro hac vice*)

110 Main Street, Suite 4E
Burlington, VT 05401
Telephone:  (802) 399-2906
E-mail:  mgilinsky@andersonkill.com

*Attorneys for Plaintiffs*

MINNEAPOLIS:31173.1