UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| U.S. BANCORP, a Delaware corporation, and U.S. BANK NATIONAL ASSOCIATION, a national banking association,<br><br>      Plaintiff,<br><br>vs.<br><br>INDIAN HARBOR INSURANCE COMPANY, a North Dakota corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation,<br><br>      Defendants. | Case No: 12-cv-03175-PAM-JSM<br><br>**CERTIFICATE OF SERVICE** |

  I hereby certify that on June 11, 2013, I caused the following proposed order to be filed with the court via email to the following judge:

- The Honorable Janie S. Mayeron – mayeron_chambers@mnd.uscourts.gov

  and I certify that I caused a copy of the proposed order to be emailed, as noted below, to the following:

- **John M Bjorkman**
  jbjorkman@larsonking.com,pporath@larsonking.com
- **Patrick J Boley**
  pboley@larsonking.com,jbjorkman@larsonking.com,pporath@larsonking.com,gyang@larsonking.com
- **Tyler D Candee**
  tcandee@lapplibra.com,ascheel@lapplibra.com
- **Marshall Gilinsky**
  mgilinsky@andersonkill.com
- **Raymond A Mascia , Jr**
  rmascia@andersonkill.com
- **William G Passannante**
  wpassannante@andersonkill.com

- **James Sandnes**
  jsandnes@bswb.com
- **Richard T Thomson**
  rthomson@lapplibra.com,jpipp@lapplibra.com
- **Tammy Yuen**
  tyuen@bswb.com

Date:  June 11, 2013      /s/  Alec J. Beck
                                          Alec J. Beck (#201133)
                                          FORD & HARRISON LLP
                                          225 South Sixth Street, Suite 3150
                                          Minneapolis, MN  55402
                                          Telephone:  (612) 486-1700
                                          Facsimile: (612) 486-1701

                                          ATTORNEYS FOR DEFENDANT ACE
                                          AMERICAN INSURANCE COMPANY

MINNEAPOLIS:31172.1