UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| U.S. BANCORP, a Delaware corporation, and U.S. BANK NATIONAL ASSOCIATION, a national banking association, | Case No: 12-cv-03175-PAM-JSM |
| Plaintiff, | |
| vs. | ~~PROPOSED~~ ORDER RE: STIPULATION REGARDING DEFENDANT ACE AMERICAN INSURANCE COMPANY'S DATE TO RESPOND TO COMPLAINT |
| INDIAN HARBOR INSURANCE COMPANY, a North Dakota corporation, and ACE AMERICAN INSURANCE COMPANY, a Pennsylvania corporation, | |
| Defendants. | |

---

The Court has reviewed the Stipulation Regarding Defendant ACE AMERICAN INSURANCE COMPANY's Date to Respond to Complaint submitted by the parties.

Defendant ACE shall answer or otherwise respond to the Complaint no later than June 24, 2013.

IT IS SO ORDERED.

DATED: June 12, 2013

_____
HON. JANIE S. MAYERON
United States Magistrate Judge

EXHIBIT A