# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## PRETRIAL CONFERENCE MINUTES

| | | |
|---|---|---|
| U.S. BANK NATIONAL ASSOCIATION, et al., | ) ) ) | COURT MINUTES - CIVIL<br>BEFORE:  JANIE S. MAYERON<br>U.S. Magistrate Judge |
| Plaintiff(s), | ) ) | |
| v. | ) ) | Case No:            Civil 12-3175 (PAM/JSM)<br>Date:               August 27, 2013 |
| | ) | Time Commenced:  10:55 a.m. |
| INDIAN HARBOR INSURANCE COMPANY, et al., | ) ) ) | Time Concluded:  11:30 a.m.<br>Location:            Chambers 632 |
| Defendant(s), | ) | Total Time:         35 Minutes |

**PROCEEDINGS:**

Pretrial scheduling conference held.  Pretrial Scheduling Order to be issued.

__s/KH
Judicial Assistant
